# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-1848

_____

| | | |
|---|---|---|
| Michael F. Jackson, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Officer Bumpas; Officer Conyer; | * | Eastern District of Arkansas. |
| Officer Friar; Officer Spikes; Captain | * | |
| Simpkins, in Blytheville Police | * | [UNPUBLISHED] |
| Department, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: October 5, 2000
Filed: October 12, 2000

_____

Before BEAM, FAGG, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Michael Jackson appeals from the district court's[1] 28 U.S.C. § 1915A(b)(1) dismissal without prejudice of his 42 U.S.C. § 1983 complaint. Having carefully reviewed the record and appellant's brief, we agree that the complaint failed to allege sufficient facts to state a claim. See Cooper v. Schriro, 189 F.3d 781, 783

_____

[1]The Honorable Stephen M. Reasoner, United States District Judge for the Eastern District of Arkansas.

(8th Cir. 1999) (per curiam) (de novo review); <u>Martin v. Sargent</u>, 780 F.2d 1334, 1337 (8th Cir. 1985) (although pro se pleadings must be liberally construed, broad and conclusory allegations warrant dismissal).  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.